ANNMARIE KASLAITIS *v.* RICHARD J. KASLAITIS
(AC 19803)

Landau, Schaller and Spear, Js.

Submitted on briefs June 14—officially released July 18, 2000

Per Curiam. The judgment is affirmed.

JULIA H. MCCONNON *v.* JAMES R. MCCONNON
(AC 19300)

Landau, Schaller and Spear, Js.

Submitted on briefs June 14—officially released July 18, 2000

Per Curiam. The judgment is affirmed.

DONALD C. MAHONEY *v.* BAHAMA BOB'S
HARTFORD, INC., ET AL.
(AC 17226)

Lavery, C. J., and Landau and Mihalakos, Js.

Argued June 8—officially released July 18, 2000

Per Curiam. The stay of the bankruptcy court was vacated on March 21, 2000.

The judgment is affirmed.